AUSA  Matthew Roth, (313)226-9186

AO 91 (Rev. 08/09)  Criminal Complaint

Special Agent  Tiffanee Carr, (313)749-0930

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

United States of America

v.

Hussein Hammoud

Case: 2:17-mj-30644
Assigned To : Unassigned
Assign. Date : 11/28/2017
Description: CMP USA V
HAMMOUD (BG)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 2017- October 5, 2017_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1709 | Theft of Mail by Postal Employee |

This criminal complaint is based on these facts:

On or around July 2017 through October 5, 2017, in the Eastern District of Michigan, Hammoud Hussein, while being a U.S. Postal Service employee, did unlawfully steal the contents of U.S. Mail entrusted to him, which was intended to be conveyed by mail and intended to be delivered by a post office of the United States, in violation of Title 18, United States Code, Section 1709.

☐ Continued on the attached sheet.

_____
Complainant's signature

TIFFANEE CARR,  SPECIAL AGENT
Printed name and title

Sworn to before me and signed in my presence.

Date: **NOV 2 8 2017**

_____
Judge's signature

City and state:  Detroit, Michigan

DAVID R. GRAND,  U.S. MAGISTRATE JUDGE
Printed name and title

## AFFIDAVIT

I, Tiffanee Carr, being duly sworn, depose, and state the following:

## I.   INTRODUCTION

1.     I am a Special Agent with the United States Postal Service (USPS), Office of Inspector General (OIG), assigned to the Detroit Resident Office. I have worked for USPS-OIG for approximately five years. Previously, I worked as a United States Postal Inspector for approximately six and one half years. My primary responsibilities include investigating misconduct that involve United States Postal Service employees. I base this affidavit on information collected through this investigation, personal knowledge, and the investigation by other special agents.

2.     The information set forth in this affidavit is for the limited purpose of establishing probable cause. This affidavit, therefore, may not include all of the information gathered during this investigation.

## II.   SUMMARY OF THE INVESTIGATION

3.     On July 28, 2017, the United States Postal Service Office of Inspector General received a complaint about the possible theft of a greeting card, containing a gift card, from the mail. The greeting card was addressed to a resident in Belleville, Michigan. The sender mailed

the greeting card on or about July 19, 2017. The envelope, mailed from Houston, Texas, contained a $100 Kroger gift card. The customer never received this piece of mail. The customer later learned that someone used the gift on July 23, 2017, at a Kroger in Warren, Michigan.

4. On or around August 18, 2017, USPS-OIG Agents served a subpoena to Kroger Loss Prevention. The subpoena requested details related to the use of the stolen gift card.

5. On or around September 5, 2017, the USPS-OIG received the transaction details from Kroger. A review of this information revealed that the Kroger Loyalty card was used and that the phone number connected to this card was associated with Belleville Letter Carrier HUSSEIN HAMMOUD.

6. On October 5, 2017, USPS-OIG Agents surveilled HAMMOUD along his assigned route, which originated at the Belleville Post Office. Affiant inserted a test piece of First Class United States Mail into an outgoing mailbox for HAMMOUD to retrieve while out on his route. The test piece contained $60 in marked United States Currency. After completing his route, HAMMOUD removed the test piece from the postal vehicle and placed it into his personal vehicle. In

addition to the test piece, HAMMOUD removed two other pieces of mail from his postal vehicle and placed them into his personal vehicle. Thereafter, OIG Agents approached HAMMOUD, identified themselves, and advised him that they needed to speak with him regarding complaints of missing mail from customers on his assigned mail routes.

7. OIG agents read HAMMOUD his Miranda Rights. HAMMOUD verbally advised that he understood his rights and signed an advice of rights acknowledgment form. HAMMOUD agreed to answer their questions.

8. Agents advised HAMMOUD that they wanted to discuss customer complaints with regard to mail missing from his routes. Agents asked HAMMOUD about the theft of the Kroger card. HAMMOUD admitted he removed the greeting card from the mail and advised that he gave the Kroger gift card to a friend to use.

9. HAMMOUD admitted, since July of 2017, he opened mail he was responsible to deliver, stole approximately two to three gift cards, and stole approximately $100 to $120 in cash from the mail. When asked why he did this, HAMMOUD responded that he was having some

-3-

financial difficulties and that he was providing financially for his mother and girlfriend.

10.   HAMMOUD admitted to removing items from the mail on the date of this interview. He informed Agents that the items that he had removed were in his personal vehicle that he parked in the employee parking lot of the Belleville Post Office. HAMMOUD provided Agents with verbal and written consent to search his vehicle. Agents recovered the OIG test piece and two other pieces of mail addressed to customers on his assigned mail route. These items were discovered wrapped in a sweater that was inside of HAMMOUD's lunch container. The lunch contained was located on the passenger side floor, in the front of his personal vehicle.

11.   HAMMOUD voluntarily provided a written statement and resigned from his position with the United States Postal Service.

## III.   CONCLUSION

12.   Probable cause exists that HUSSEIN HAMMOUD, while employed with the United States Postal Service, stole mail and the contents of the mail entrusted to him for delivery, in violation of Title 18, United States Code, Section 1709.

_____
Tiffanee Carr – Special Agent
U.S. Postal Service - Office of Inspector General

Subscribed and sworn to before me
on this 28th day of November 2017.

_____
DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE